UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Elena Katz

    v.                                            Civil No. 08-cv-372-JD

Strafford County Dept.
of Corrections, et al


**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

    Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

    **SO ORDERED.**

                                                    /s/ James R. Muirhead
                                                    James R. Muirhead
                                                    United States Magistrate Judge


Date:   September 24, 2008

cc:     Elena Katz