UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Elena Katz


    v.                          Civil No. 08-cv-372-JD

Strafford County Department
of Corrections, et al.


**O R D E R**

Elena Katz filed a petition for a writ of habeas corpus on September 12, 2008 (document no. 1). On September 23, 2008, Katz filed a motion to amend her petition and a motion for an emergency hearing (document nos. 3 & 4). The petition and the motion for emergency hearing stemmed from her detention on bail pursuant to a criminal charge of interference with custody, as well as her detention pursuant to a no-bail hold imposed at the direction of immigration authorities.

On October 15, 2008, Katz contacted the office of the Clerk of Court by telephone advising that she had been released from incarceration. Katz further advised that she would file an amendment or addendum to her habeas petition. The Court has received no further communication from Katz.

Petitioner is now directed to show cause, within fifteen (15) days of the date of this Order, to demonstrate that her habeas petition has not been rendered moot by her release from custody. Failure to show cause as directed will result in my recommendation that this matter be dismissed without prejudice.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:    February 4, 2009

cc:      Elena Katz, pro se