UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Elena Katz</u>

       v.                      Civil No. 08-cv-372-JD

<u>Strafford County Department of
Corrections, Superintendent, et al.</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 18, 2009, no objection having been filed.

SO ORDERED.


April 7, 2009                    <u>***/s/ Joseph A. DiClerico, Jr.***</u>
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge


cc:    Elena Katz, pro se